# ZIMMERMAN, LEVI & KORSINSKY, L.L.P.

226 ST. PAUL STREET
WESTFIELD, NEW JERSEY 07090

TEL: (908) 654-8000
FAX: (908) 654-7207

WRITER'S E-MAIL
jmzimmerman@zlk.com

June 12, 2008

**VIA EXPRESS MAIL**
Hon. William H. Pauley, III, U.S.D.J.
U.S. District Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Room 2210
New York, NY 10007

Re: Millennium, L.P. et al. v. Pitney Bowes Inc.
    Case No. 08-cv-02945 (WHP)

Dear Judge Pauley:

I represent the plaintiffs Millennium, L.P. et al. in the above-identified matter. An initial pre-trial conference has been scheduled for Friday, June 27, 2008 at 12:30 p.m. As the parties are engaged in settlement discussions, I am writing with defendant's consent to respectfully request that the conference be adjourned to Friday, July 25, 2008 at 12:30 p.m. Thank you for considering this request.

Respectfully submitted,

Jean-Marc Zimmerman

JMZ/nm
cc: Mr. Mitchell Medina
    Martin F. Noonan, Esq.

*Application granted. The conference is adjourned until July 25, 2008 at 2:00 p.m.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
6/26/2008