## ZIMMERMAN, LEVI & KORSINSKY, L.L.P.

226 St. Paul Street
Westfield, New Jersey 07090

Tel: (908) 654-8000
Fax: (908) 654-7207

*Application granted. The conference is adjourned until September 4, 2008 at 10:45 a.m.*

*SO ORDERED:*

*WILLIAM H. PAULEY III U.S.D.J.*
*7/28/2008*

WRITER'S E-MAIL
jmzimmerman@zlk.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2008

July 10, 2008

**VIA EXPRESS MAIL**
Hon. William H. Pauley, III, U.S.D.J.
U.S. District Court
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Room 2210
New York, NY 10007

RECEIVED
JUL 15 2008
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

    Re:    Millennium, L.P. et al. v. Pitney Bowes Inc.
             Case No. 08-cv-02945 (WHP)

Dear Judge Pauley:

    I represent the plaintiffs Millennium, L.P. et al. in the above-identified matter. An initial pre-trial conference has been scheduled for Friday, July 25, 2008 at 2:00 p.m.

    Defendant's counsel Martin Noonan, Esq. is getting married this coming weekend and will be away on his honeymoon on July 25, 2008. In addition, the parties have continued their settlement discussions and are in the process of exchanging materials which they believe may well facilitate a resolution of this matter. Accordingly, in light of the foregoing, I am writing with Mr. Noonan's consent to respectfully request that the conference be adjourned to early September 2008 in order to enable the parties to continue their attempt to resolve this matter. This is the parties' second request for an adjournment of the initial pre-trial conference. Thank you for considering this request.

                                        Respectfully submitted,

                                        Jean-Marc Zimmerman

JMZ/nm
cc:    Mr. Mitchell Medina
       Martin F. Noonan, Esq.