Peter C. Schechter
Paul E. Dans
EDWARDS ANGELL PALMER
& DODGE, LLP
750 Lexington Avenue
New York, NY 10022
Tel.: 212-308-4411
Fax: 212-308-4844
Attorneys for Defendant Pitney Bowes Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MILLENNIUM, L.P. and EON-NET, L.P., : | |
| : | 08-CV-02945 (WHP)(DFE) |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| PITNEY BOWES INC., : | |
| : | |
| Defendant. : | **RULE 7.1 STATEMENT** |
| : | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Pitney Bowes Inc. certifies that Pitney Bowes Inc. has no corporate parent. The following publicly held corporation owns 10% or more of its stock: NWQ Investment Management Company, LLC, which is a subsidiary of Nuveen Investments, Inc., and which manages

NYC 309560

publicly traded mutual funds and defined portfolios.

Dated: August 29, 2008

                                    EDWARDS ANGELL PALMER & DODGE, LLP

                                    By _____
                                    Peter C. Schechter
                                    pschechter@eapdlaw.com
                                    750 Lexington Avenue
                                    New York, NY 10022
                                    Tel.: 212-308-4411
                                    Fax: 212-308-4844

To:

Jean-Marc Zimmerman
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, NJ 07090
Attorneys for Plaintiffs Millennium, L.P. and Eon-Net, L.P.

NYC 309560

## CERTIFICATION OF SERVICE

I hereby certify that on August 29, 2008 a copy of the foregoing RULE 7.1 DISCLOSURE STATEMENT was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
Peter C. Schechter

NYC 309560.2