Peter C. Schechter
Paul E. Dans
EDWARDS ANGELL PALMER
& DODGE, LLP
750 Lexington Avenue
New York, NY 10022
Tel.: 212-308-4411
Fax: 212-308-4844
Attorneys for Defendant Pitney Bowes Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| MILLENNIUM, L.P. and EON-NET, L.P., | 08-CV-02945 (WHP)(DFE) |
| Plaintiffs, | |
| v. | |
| PITNEY BOWES INC., | |
| Defendant. | **NOTICE OF APPEARANCE** |

---

PLEASE TAKE NOTICE that Paul E. Dans, an associate with Edwards Angell Palmer & Dodge LLP, 750 Lexington Avenue, New York, New York 10022, hereby enters his appearance as an attorney for defendant Pitney Bowes Inc. in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: September 3, 2008

EDWARDS ANGELL PALMER & DODGE, LLP

By _____
Paul E. Dans
pdans@eapdlaw.com
750 Lexington Avenue
New York, NY 10022
Tel.: 212-308-4411
Fax: 212-308-4844

NYC 309568.1

## CERTIFICATION OF SERVICE

I hereby certify that on September 3, 2008 a copy of the foregoing NOTICE OF APPEARANCE was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/Paul E. Dans/
Paul E. Dans

NYC 309568.1