UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                      :

MILLENNIUM, L.P., et ano.

                      :

          Plaintiffs,              08 Civ. 2945 (WHP)

                      :

        -against-               ORDER

PITNEY BOWES INC.,

                      :

        Defendant.

                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The Clerk of the Court is directed to strike Defendant's Motion to Dismiss

(Docket No. 8) for failure to comply with this Court's individual practices.

Dated: September 4, 2008
      New York, New York

                    SO ORDERED:

                           WILLIAM H. PAULEY III
                              U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08