```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
MILLENNIUM, L.P., et ano.     :
                              :
            Plaintiffs,       :    08 Civ. 2945 (WHP)
                              :
       -against-              :    SCHEDULING ORDER NO. 1
                              :
PITNEY BOWES INC.,            :
                              :
            Defendant.        :
------------------------------X

WILLIAM H. PAULEY III, District Judge:

All counsel in this civil action having appeared for a conference with the Court on September 4, 2008, the following schedule is established on consent of the parties:

1.  Plaintiffs will file and serve an amended complaint by Friday, September 12, 2008;

2.  The parties will submit a joint letter report regarding the status of this action on December 11, 2008;

3.  The Court will hold a status conference on December 18, 2008, at 10:30 a.m.

Dated: September 4, 2008
       New York, New York

                                    SO ORDERED:

                                    _____
                                    WILLIAM H. PAULEY III
                                    U.S.D.J.

-1-

*Copies to:*

Jean-Marc Zimmerman, Esq.
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, NJ 07090
*Counsel for Plaintiffs*


Paul Edouard Dans, Esq.
Peter Charles Schechter, Esq.
Edwards Angell Palmer & Dodge, LLP (NYC)
750 Lexington Avenue
New York, NY 10022
*Counsel for Defendant Pitney Bowes Inc.*